IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
DEC 07 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

| | |
|---|---|
| LEONARDO BUENTELLO, § | |
| Plaintiff, § | |
| § | Civil Action No. |
| v. § | DR:19-CV-102–AM/CW |
| § | |
| WAL-MART STORES, INC. AND § | |
| WAL-MART STORES TEXAS, LLC, § | |
| Defendants. § | |

## ORDER

The parties all filed a Joint Stipulation of Dismissal. (ECF No. 24.) Because the stipulation of dismissal complies with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the claims against the Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action and any pending motions.

SIGNED and ENTERED on this 7th day of December, 2020.

_____
ALIA MOSES
United States District Judge