AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

LEONARDO BUENTELLO,

v.

WAL-MART STORES, INC. AND
WAL-MART STORES TEXAS, LLC,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-19-CV-102-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the claims against the Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC are DISMISSED WITH PREJUDICE, with each party bearing its own costs.

| 12/8/2020 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *L. Sanchez* |
| | *(By) Deputy Clerk* |